# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Aleksey Silenko,<br><br>    Plaintiff,<br><br>v.<br><br>Party Bus MN LLC, a Minnesota limited liability company.<br><br>    Defendant. | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

**TO:**

  Party Bus MN LLC,
  9659 Vagabond Lane North
  Maple Grove, Minnesota 55311

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Craighton T. Boates, Esq.

1

**BOATES LAW FIRM, PLLC**
42104 N. Venture Dr., Suite D126
Anthem, AZ 85086
Telephone:  623-551-5457
Facsimile:  623-551-5458
Craig@anthemlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

_____                              _____
Date                                                                      Signature of Clerk or Deputy Clerk